IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAY DANIEL SANDERS                                                                                         PLAINTIFF

v.                                        Case No. 6:22-cv-6064

DEPUTY U.S. MARSHAL
ISAAC RODRIGUEZ, *et al*.                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on August 16, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6.  Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failing keep the Court apprised of his address and for failing to comply with orders of the Court.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*.  Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge